1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6  Attorneys for Mr. Angulo-Beltran

8                    UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,         )   Case No. 08mj8315
                                      )
12             Plaintiff,              )
                                      )
13  v.                                 )
                                      )   **NOTICE OF APPEARANCE**
14  **JUAN PEDRO ANGULO-BELTRAN,**    )
                                      )
15             Defendant.              )
                                      )

           Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                          Respectfully submitted,

Dated: April 11, 2008                      s/ *Michelle Betancourt*
                                          **MICHELLE BETANCOURT**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
                                          michelle_betancourt@fd.org