**FILED**

MAY - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ef                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1510-L |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of |
| JUAN PEDRO ANGULO-BELTRAN, | ) | Cocaine (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about April 9, 2008, within the Southern District of California, defendant JUAN PEDRO ANGULO-BELTRAN, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 29.98 kilograms (63.76 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 8, 2008.

KAREN P. HEWITT
United States Attorney

*[signature]*

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:Imperial
5/8/08