1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
michelle_betancourt@fd.org
5

6  Attorneys for Mr. Angulo-Beltran

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10                        **(HONORABLE ANTHONY J. BATTAGLIA)**

11  UNITED STATES OF AMERICA,           )     Case No. 08CR1510-MJL
                                        )
12          Plaintiff,                  )
                                        )
13  v.                                  )     **JOINT MOTION TO CONTINUE**
                                        )     **CHANGE OF PLEA HEARING**
14  **JUAN PEDRO ANGULO-BELTRAN**,      )     **BEFORE MAGISTRATE BATTAGLIA**
                                        )
15          Defendant.                  )
                                        )
16

17      Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**,

18  Michelle Betancourt, and Federal Defenders of San Diego, counsel for Mr. Juan Pedro Angulo-Beltran, along

19  with Assistant United States Attorney Celab Mason, that the change of plea hearing currently set for June 5,

20  2008, be rescheduled to June 10, 2008, at 1:30 p.m.

21

22  Dated: June 4, 2008                        *s/ Michelle Betancourt*
                                               **MICHELLE BETANCOURT**
23                                             Federal Defenders of San Diego, Inc.
                                               Attorneys for Mr. Angulo-Beltran
24

25  Dated: June 4, 2008                        *s/ Caleb Mason*
                                               **CALEB MASON**
26                                             Assistant United States Attorney

27

28