UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1510-L |
| Plaintiff, | ) | |
| v. | ) | |
| **JUAN PEDRO ANGULO-BELTRAN**, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no.11 ) requesting the continuance of the change of plea hearing currently set for June 5, 2008 and continued to *June 10, 2008, at 1:30 p.m.*, be **GRANTED.**

**SO ORDERED.**

DATED: June 5, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court